# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| SHERRY CRUZ, ALICIA MITCHELL, AND BRITTANY WILKINS, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, <br><br> Plaintiffs, <br><br> v. <br><br> EYEBUYDIRECT, INC., <br><br> Defendant. | Case No: 3:21-cv-03135 <br><br> Judge Richard Mills <br><br> Magistrate Judge Tom Schanzle-Haskins |

## VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the undersigned Parties hereby jointly stipulate and agree to dismissal with prejudice of all claims in the above-caption matter brought by Plaintiffs Sherry Cruz, Alicia Mitchell and Brittany Wilkins against Defendant EyeBuyDirect, Inc.

Dated: December 21, 2021

Respectfully submitted,

/s/ Brandon M. Wise
Brandon M. Wise – IL Bar # 6319580
Paul A. Lesko – IL Bar #6298806
Adam Florek – IL Bar #632061
PEIFFER WOLF CARR KANE
& CONWAY, LLP
818 Lafayette Avenue, Floor 2
St. Louis, Missouri 63104
(312) 833-4825
bwise@peifferwolf.com
plesko@peifferwolf.com
aflorek@peifferwolf.com
*Attorneys for Plaintiff*

/s/ Anne E. Larson
Anne E. Larson, ARDC No. 6200481
OGLETREE, DEAKINS, NASH,
   SMOAK & STEWART, P.C.
155 N. Wacker Drive
Suite 4300
Chicago, Illinois 60606
(312) 558-1253
anne.larson@ogletree.com

*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

    I hereby certify that on this date, I filed the foregoing document with the clerk of the Court using the Court's ECF system, which should further distribute a true and accurate copy of the foregoing to all counsel of record.

*/s/ Brandon M. Wise*

49698863.1